**Pansy BLACKWELL, Appellant,**

v.

**Mike TRAIL; Catherine Dean; James Hohn; David Burnett; Lee Fergus; Scott Hunter, Former Prosecuting Attorney; Thomas Kieklak, Attorney at Law; Richard C. Rhodes; Rhonda Rossman, County Nurse; Ron Wilson, Attorney at Law, Appellees.**

No. 07–1057.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 27, 2008.

Filed: May 30, 2008.

Pansy Blackwell, Keiser, AR, pro se.

Robert L. Beard, Jr., Arkansas Municipal League, North Little Rock, AR, Lori L. Freno, Assistant Attorney General, Attorney General's Office, Little Rock, AR, Ronald Carl Wilson, Wilson & Associates, West Memphis, AR, for Appellees.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Pansy Blackwell appeals from the district court's [1] dismissal of her civil action in which she made various allegations about events underlying her prior state court criminal convictions. Having carefully reviewed the record, we conclude that dis-

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

missal was warranted. Accordingly, the judgment is affirmed, *see* 8th Cir. R. 47B, and Blackwell's appellate motions are denied.